**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00248-REB

MARK ALAN PEROTIN

> Plaintiff

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security

> Defendant

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. , the following  Judgment is hereby entered.

Pursuant to the **Order Affirming Commissioner** [#22] of Judge Robert E. Blackburn entered on May 20, 2015 it is

ORDERED that the decision of Commissioner of Social Security is affirmed and, accordingly, final judgment is entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Mark Alan Perotin.  It is further

ORDERED that Defendant Carolyn W. Colvin, Commissioner of Social Security shall recover costs from Plaintiff Mark Alan Perotin.

 Dated at Denver, Colorado this 20th day of May, 2015.

> FOR THE COURT:
> JEFFREY P. COLWELL, CLERK

By:  s/   s/A. Lowe

s/A. Lowe
Deputy Clerk